# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

March 2, 2023

Kelly Harper
29042-509
Waseca - FCI
P.O. Box 1731
Waseca, MN 56093

Re:   21-cr-18 USA v. Kelly Harper and 22-cv-316 Kelly Harper v. USA

Dear Kelly Harper:

This will acknowledge receipt of your letter dated February 27, 2023, in which you request a copy of your 2255 Rebuttal filed in August 2022. If your request is for a copy of your Brief in Reply in Support of the 2255 Motion filed on 8/30/22 in case 22-cv-316, this document is 60 pages. The indigent rate for copies is $0.10 per page for a total copying charge of $6.00.

If you wish to pursue your request for copies, please submit a check or money order made payable to Clerk, U.S. District Court in the amount of $6.00 along with the lower portion of this correspondence. The clerk's office will send you the copies you have requested upon receipt of the payment.

Courtesy copies of the docket sheets for cases 22-cv-316 and 21-cr-18 are enclosed with this letter.

JOEL TURNER, Clerk of Court,

By:   /s/
        Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please detach and Include with your payment

Name:        Kelly Harper

Case #/Case Name:     22-cv-316, Harper v. USA

Copies Requested (Docket #)   2255 Reply (dkt. 10)

Number of Pages         60       x   $.10      =   $6.00