TRULINCS 29042509 - HARPER, KELLY - Unit: WAS-B-A

---

FROM: 29042509
TO: Warden
SUBJECT: ***Request to Staff*** HARPER, KELLY, Reg# 29042509, WAS-B-A
DATE: 04/21/2023 03:04:58 PM

To: warden
Inmate Work Assignment: education

-----HARPER, KELLY on 4/21/2023 3:04 PM wrote:

>

Good afternoon Sir,

I have yet to hear from you or your staff on the matter below, unfortunately, I have to come to you yet again about this matter, since no-one or you have dealt with my matter in an appropriate matter on my Administrative Remedy Policy. I hope by Monday, because dead lines are very good, and necessary in this matter that I can expect a response as a letter to send off to the regional office or a response on this matter as it is important to me, as I am just following the BOP administrative remedy process and need to exhaust my remedies as it is my right to do so. I look forward to having a positive working relationship and moving forward in a professional manner on my administrative remedy issue with a response and hopefully a letter needed. Thank you so much, as I hope you enjoy your weekend. I appreciate your time and concern on addressing my Administrative Remedy issue. Thank you again,

Very Respectfully,
Kelly Harper #29042509
-----HARPER, KELLY on 4/18/2023 9:00 PM wrote:

>

April 18, 2023

Good evening Sir,

I regrettably have to come to you yet again because of the incompetency of the Administrative Remedy Process in the BOP, this is extremely time consuming, financially draining, and emotionally and mentally exhausting. Remedy ID number 1138450-R3, So this administrative remedy was received back today on 04-18-2023 at 5:23 pm during inmate mail pick up in Unit B, by inmate Harper #29042509. This remedy has had issues from the start being that it is complaining of cruel and unusual punishment in the SHU at SFF Hazelton with black mold visibly on the walls and rust in the cells being very hazardous to my health and wellbeing not only detrimental to my mental health. So Sir, as you recall at mainline, I had to bring my administrative remedies with me from the Mid Atlantic regional office and start the whole BP process over at this level starting with a BP 9 to Warden Segal, per your advisement. I received the BP9 back on 3-14-2023 even though it is dated on 3-10-2023 signed, as we all are aware of the mailing system and me being a prisoner can not overcome herculean efforts for due process under Brady. I sent out my BP-10 to the North Central regional office on 3-15-2023 during legal mail. How it was received on 4-12-2023, I do not know but something is definitely going on with my mail. Wolfish v. Levi, 573 F. 2d 118, 130(2nd cir 1978)("The right to receive and send mail is unquestionably protected by the 1st amendment")Phelps v. US Federal Government, 15 F. 3d 735 (8th Cir 1994)(prisoners retain First amendment interest in receiving mail, and have a constitutional right to send and receive mail that may not be restricted except for legitimate penological interests). Smith v. Campbell, 250F. 3d 1032 (6th Cir 2001)(officials must not retaliate against a prisoner for exercising his or her constructional rights). I feel that this prison and the BOP is deliberately refusing to follow the Administrative Remedy Process, and systematically abusing me, inmate Harper, 29042509. This is not my first issue, and I am not like the other inmates and animals in this BOP who do drugs, fight, not educated and love being in prison. They seem to be the only ones to be heard, good behavior does not get noticed and if you execersize your rights or try to get your cancer treated, not be sexually harrassed by BOP staff, and get brutal treatment, the abuse goes on daily for me in the BOP. Central office is aware, Regional and here, I have also told my Judge and the appellant court, US Pardon attorney and US attorney General, I write almost weekly however, I am unsure if this prison is even allowing my mail to go out. I have had enough, I am the 1% in this prison and over it, I have seen more drugs and bad behavior and tortured to be with these inmates daily. I am over it, and what or who do I need to tell to get some action. I am over the deliberate indifference and no rights, I am a human being, and deserve to be treated with humanity. I look forward to a letter to resend to the regional office. Please this is a timely manner, as I understand you are busy and could care less about me one inmate but this is my life and noone will fight for my freedom other than me.

TRULINCS 29042509 - HARPER, KELLY - Unit: WAS-B-A

---

FROM: 29042509
TO: Alternatives to Violence
SUBJECT: ***Request to Staff*** HARPER, KELLY, Reg# 29042509, WAS-B-A
DATE: 04/04/2023 09:48:32 AM

To:
Inmate Work Assignment: to print

Please, I want to join the Personal training class, and have the BOP pay for my to be a certified personal trainer. I already have my BS from the University of Arizona in Public health, and I also have a S corp business that I can add onto when I get out to add a personal training side, I have the experience and owned a small medical practice in Sun City, Arizona being the CEO hiring and running a full on medical practice. I am probably one of the few inmates here that has always been a productive person, having a real job, never doing illegal activities, or never have done drugs, I already have experience and an education, the BOP can not really give me anything to better myself, since they will not provide for a Master's degree, so the least they can do it pay for me to get my personal training certificate, as I am so over all the BOP issues. So please, let me in the personal training class and if it really bothers anyone, I would be willing to just take the certification test and have the BOP pay for it, as there is no such thing as rehabilitation in here, the government is ok with enslaving us in prison and I am with a bunch of animals and crazy people, I have nothing in common with any of the inmates, so at least the BOP can provide for something.

I am human and made a mistake, I have paid dearly and now my three daughters are being allowed to be abused by there father all because he is a government employee. I am not rich have no government connections, and the government sealed my case to cover up all the corruption in my case and the BOP is systematically allowed to abuse me too. I am so over this whole thing it has been 26 months and counting of pure HELL. Since I am not rich, I am rotting here, so the least the BOP can do it pay for my to get my personal training certificate, since they can't do anything else for my education or career experience.

Very Respectfully,
Kelly Harper #29042509
FCI Waseca
PO Box 1731
Waseca, MN 56093